# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*  
IRA A. STURM****  
ARI D. GANCHROW**

MAURA E. BREEN***  
SAMUEL R. BLOOM*****

---

\* ADMITTED IN NY  
\*\* ADMITTED IN NY AND NJ  
\*\*\* ADMITTED IN NY AND CT  
\*\*\*\* ADMITTED IN NY AND FLA  
\*\*\*\*\* ADMITTED IN NY, NJ AND MD

February 16, 2022

**VIA ECF ELECTRONIC FILING**
Hon. Paul G. Gardephe, U.S.D.J.
Southern District of New York
40 Foley Street, Courtroom 705
New York, NY 10007

> Re:  Kyle Bragg, as Trustee, et al., v. ERMC Aviation LLC
>      <u>Civil Action No. 21-cv-9583</u>

Dear Judge Gardephe:

Our firm is counsel for the Plaintiffs, Kyle Bragg, as Trustee, and the Trustees of the Building Service 32BJ Health Fund (the "Fund"). The Fund asks that the Show Cause Hearing scheduled for February 17, 2022 at 9:30 a.m. be adjourned thirty (30) days. This is the first request for an adjournment.

This morning, I spoke with Deputy General Counsel for Defendant ERMC Aviation LLC. Additionally, the Fund is reporting that, recently, a significant portion of the balances that are the gravamen of the litigation were resolved. Based on these developments, this matter has moved very close to resolution. In light of this, and to ensure (if necessary) resolution of any remaining issues on the merits, the Fund asks that the Show Cause Hearing be adjourned.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

**Memo Endorsed:** The application is granted. The default judgment hearing currently scheduled for February 17, 2022 is adjourned until **April 7, 2022 at 11:45 a.m.** and will take place by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines.
Dated:  February 16, 2022

SO ORDERED.

*/s/ Paul G. Gardephe*

_____
Paul G. Gardephe
United States District Judge